Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

March 26 _____, 20 25

Ravi Subramanian, Clerk

By _____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUSTIN CARNES, and<br>DEREK BERRY,<br><br>Defendants. | NO. **CR25-5015** BHS<br><br>**INDICTMENT** |

The Grand Jury charges that:

### COUNT 1

**(Conspiracy to Manufacture and Distribute Controlled Substances)**

Beginning at a time unknown, and continuing until at least March 28, 2024, in Pierce County, within the Western District of Washington, and elsewhere, JUSTIN CARNES and DEREK BERRY, and others known and unknown, did knowingly and intentionally conspire to manufacture and distribute controlled substances, including methamphetamine and N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propanamide (fentanyl), substances controlled under Title 21, United States Code.

Indictment - 1
*United States v. Carnes, et al.*
USAO No. 2023R01225

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(206) 553-7970

The Grand Jury further alleges that with respect to JUSTIN CARNES and DEREK BERRY, their conduct as members of the conspiracy charged in Count 1, which includes the reasonably foreseeable conduct of other members of the conspiracy charged in Count 1, involved 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, and 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(A).

The Grand Jury further alleges that with respect to JUSTIN CARNES and DEREK BERRY, their conduct as members of the conspiracy charged in Count 1, which includes the reasonably foreseeable conduct of other members of the conspiracy charged in Count 1, involved 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(A).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

## COUNT 2

**(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)**

On or about December 28, 2023, in Pierce County, within the Western District of Washington, JUSTIN CARNES knowingly possessed a firearm, that is: a Beretta model APX 9mm caliber pistol, in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, that is: Conspiracy to Distribute Controlled Substances, as alleged in Count 1 above.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 3

**(Possession of Controlled Substances with Intent to Distribute)**

On or about March 28, 2024, in Pierce County, within the Western District of Washington, and elsewhere, JUSTIN CARNES and DEREK BERRY did knowingly and intentionally possess, with the intent to distribute, and aid and abet the possession of,

Indictment - 2
*United States v. Carnes, et al.*
USAO No. 2023R01225

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(206) 553-7970

with the intent to distribute, a controlled substance, including: methamphetamine and fentanyl, substances controlled under Title 21, United States Code.

The Grand Jury further alleges that the offense involved 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, and 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers.

The Grand Jury further alleges that the offense involved 400 grams or more of a mixture and substance containing a detectable amount of fentanyl.

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 1 (Conspiracy to Manufacture and Distribute Controlled Substances).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT 4

**(Carrying a Firearm During and in Relation to a Drug Trafficking Crime)**

On or about March 28, 2024, in Pierce County, within the Western District of Washington, JUSTIN CARNES and DEREK BERRY, aiding and abetting each other, knowingly carried a firearm, that is, a FN Five-Seven 5.7mm pistol, during and in relation to a drug trafficking crime for which they may be prosecuted in a court of the United States, namely, Conspiracy to Manufacture and Distribute Controlled Substances, as alleged in Count 1 above, and Possession of Controlled Substances with Intent to Distribute, as alleged in Count 3 above; and did possess said firearm in furtherance of these drug trafficking crimes.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.

Indictment - 3
*United States v. Carnes, et al.*
USAO No. 2023R01225

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(206) 553-7970

## COUNT 5

### (Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

On or about March 28, 2024, in Pierce County, within the Western District of Washington, JUSTIN CARNES knowingly possessed a firearm, that is: a silver .22 caliber pistol, in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, that is: Conspiracy to Manufacture and Distribute Controlled Substances, as alleged in Count 1 above, and Possession of Controlled Substances with Intent to Distribute, as alleged in Count 3 above.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## FORFEITURE ALLEGATIONS

The allegations contained in Counts 1–5 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

Upon conviction of either offense alleged in Counts 1 and 3, JUSTIN CARNES and DEREK BERRY shall each forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), any property constituting or derived from proceeds traceable to the offense, as well as any property used or intended to be used to facilitate the offense. Such property includes, but is not limited to the following property seized on or about March 28, 2024:

  a.   one High Standard B. 22 caliber pistol; and

  b.   any associated magazines, accessories, and ammunition.

Upon conviction of any of either offense alleged in Counts 2 and 5, JUSTIN CARNES shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section 2461(c), any firearms and ammunition that were involved in the offense. Such property includes, but is not limited to the following property seized on or about March 28, 2024:

  a.   one High Standard B. 22 caliber pistol; and

  b.   any associated magazines, accessories, and ammunition.

Indictment - 4
*United States v. Carnes, et al.*
USAO No. 2023R01225

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(206) 553-7970

Upon conviction of any of the offense alleged in Count 4, JUSTIN CARNES and DEREK BERRY shall each forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section 2461(c), any firearms and ammunition that were involved in the offense.

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendants,

    a.   cannot be located upon the exercise of due diligence;

    b.   has been transferred or sold to, or deposited with a third party;

    c.   has been placed beyond the jurisdiction of the Court;

    d.   has been substantially diminished in value; or,

    e.   has been commingled with other property which cannot be divided without difficulty;

///

///

///

Indictment - 5
*United States v. Carnes, et al.*
USAO No. 2023R01225

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(206) 553-7970

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL:

DATED: 3/26/2025

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

FOREPERSON

TEAL LUTHY MILLER
Acting United States Attorney

VINCENT T. LOMBARDI
Assistant United States Attorney

ZACHARY W. DILLON
Assistant United States Attorney

MAX B. SHINER
Assistant United States Attorney

Indictment - 6
*United States v. Carnes, et al.*
USAO No. 2023R01225

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(206) 553-7970