The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR25-5015-BHS |
| Plaintiff, | |
| v. | ORDER GRANTING CONTINUANCE OF TRIAL AND OTHER DATES |
| DEREK BERRY<br>JUSTIN CARNES | |
| Defendants. | |

This Court has considered all the representations made regarding the need for a continuance of the trial date.

THE COURT FINDS that counsel Thomas E. Weaver was appointed to represent Mr. Berry on October 15, 2025. Trial is currently scheduled for December 2, 2025. Defendant Justin Carnes has scheduled a change of plea for November 4, 2025 and has voiced no objection to the continuance of the current trial date. This is a complex case involving over 2,900 Bates-stamped documents. Counsel for Mr. Berry is currently scheduled to be engaged in another federal trial on November 10, 2025, and has provided a declaration stating that, based on his other case responsibilities, he would be unable to

ORDER CONTINUING TRIAL - 1
U.S. v. Berry, CR25-5015-BHS

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  adequately prepare for trial by the current trial date.[1] Based on these facts, and for all the
2  other reasons set forth by the parties, the Court finds that the failure to grant a
3  continuance would deny counsel for the defendant the reasonable time necessary for
4  effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C.
5  § 3161(h)(7)(B)(iv).
6       THE COURT FURTHER FINDS, considering the complexity of this case due to
7  the nature of the prosecution and the charges contained in the Indictment, that it would be
8  unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself
9  without a continuance of the trial and pretrial motions dates. *See id.* § 3161(h)(7)(B)(ii).
10      THE COURT FURTHER FINDS, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B),
11  that the ends of justice served by continuing the trial in this case outweigh the interest of
12  the public and of the defendant in a more speedy trial.
13      NOW, THEREFORE, IT IS HEREBY ORDERED that the trial date will be
14  continued from December 2, 2025 to April 21, 2026. The period of time from the date of
15  this Order, up to and including the new trial date, shall be excludable time under 18
16  U.S.C. § 3161(h)(7)(A) and § 3161(h)(6).
17      IT IS FURTHER ORDERED that all pretrial motions will be filed no later than
18  March 13, 2026. The Pretrial Conference is reset to April 13, 2026 at 1:30pm.
19      IT IS FURTHER ORDERED that the United States has until February 20, 2026,
20  to provide notice of expert testimony that it intends to use in its case in chief, pursuant to
21  Federal Rule of Criminal Procedure 16(a)(1)(G)(i).
22      IT IS FURTHER ORDERED that the defense has until February 27, 2026, to
23  provide notice of expert testimony that it intends to use, pursuant to Federal Rule of
24  Criminal Procedure 16(b)(1)(C)(i).
25  //

---

[1] Mr. Weaver no longer has a case going to trial on November 10, 2025.

ORDER CONTINUING TRIAL - 2
*U.S. v. Berry*, CR25-5015-BHS

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  IT IS FURTHER ORDERED that the United States has until March 4, 2026, to
2  provide notice of expert testimony that it intends to use in rebuttal to counter expert
3  testimony that the defense has disclosed, pursuant Federal Rule of Criminal Procedure
4  16(a)(1)(G)(i).

6  DATED this 31st day of October, 2025.

_____
HON. BENJAMIN H. SETTLE
UNITED STATES DISTRICT COURT JUDGE

Presented by:

_____
ZACHARY W. DILLON
MAX B. SHINER
Assistant United States Attorney

ORDER CONTINUING TRIAL - 3
*U.S. v. Berry, CR25-5015-BHS*

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800