UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR25-5015 |
| Plaintiff, | ORDER |
| v. | |
| DEREK BERRY, | |
| Defendant. | |

THIS MATTER is before the Court on defense counsel Thomas E. Weaver's motion to withdraw as counsel for Defendant Derek Berry. Dkt. 104. Weaver has been elected as a Bremerton Municipal Court Judge and will be unable to represent Berry after January 1, 2026. *Id.* Weaver declares that he notified Berry of the need for substitute counsel, and that Berry indicated he understood and has no objections. Dkt. 104 at 2. Weaver's motion to withdraw as counsel, Dkt. 104, is **GRANTED**. The Court orders that substitute counsel be appointed.

//

//

//

ORDER - 1

1     Dated this 19th day of November, 2025.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER - 2